```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. COMMODITY FUTURES TRADING )
COMMISSION, )
) Case No. 13-cv-6879 (KMW)
)
Plaintiff, ) **ECF Case**
)
v. ) [PROPOSED] *KMW*
) **ORDER FURTHER STAYING ALL**
JOHN A. BROOKS, ) **PROCEEDINGS**
)
Defendants. )

WHEREAS, on April 29, 2014 and on July 25, 2014, the U.S. Commodity Futures Trading Commission and Defendant John A. Brooks jointly requested that the Court stay all proceedings; and

WHEREAS this is the second request to stay all proceedings in this action;

NOW, THEREFORE, IT IS ORDERED THAT all proceedings are stayed until August 28, 2014.

**SO ORDERED**

Dated: 7-29-14

/s/ Kimba M. Wood
**Honorable Kimba M. Wood**
**UNITED STATES DISTRICT JUDGE**